UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ROBERT MILES,<br><br>    Plaintiff,<br><br>    v.<br><br>R.T.C. GROUNDS, et al.,<br><br>    Defendants. | Case No. 14-cv-02807-HSG (PR)<br><br>**ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE; DENYING MOTION FOR APPOINTMENT OF COUNSEL**<br><br>Re: Dkt. Nos. 19, 20 |

On June 17, 2014, petitioner, a California prisoner currently incarcerated at Salinas Valley State Prison and proceeding *pro se*, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 1, 2014, the Court denied petitioner's motion for appointment of counsel. On October 29, 2014, the Court entered an order to show cause directing respondent to file an answer to the petition within sixty days. Following two extensions of time, respondent filed an answer on March 26, 2015. Now before the Court is petitioner's motion for an extension of time to file his traverse. Petitioner has also filed a renewed motion for appointment of counsel.

Petitioner does not indicate how much additional time he seeks to file his traverse. Nor does he explain why he requires an extension. Because the Court has been generous with extensions for respondent, petitioner's request for an extension is GRANTED, and petitioner's deadline for filing his traverse is CONTINUED to **May 27, 2015**. Petitioner is advised that any future requests for an extension of time must be supported by a declaration setting forth the reasons for the extension. *See* Civil Local Rule 6-3(a).

1  For the reasons given in the Court's August 1, 2014 order, petitioner's renewed motion for
2  appointment of counsel is DENIED. The Court may reconsider petitioner's request *sua sponte*
3  should an evidentiary hearing be necessary following consideration of the merits of petitioner's
4  claims.
5  This order terminates Docket Nos. 19 and 20.
6  **IT IS SO ORDERED.**
7  Dated: 4/29/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge