UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES ROBERT MILES,

    Petitioner,

v.

R.T.C. GROUNDS, Warden,

    Respondent.

Case No. 14-cv-02807-HSG (PR)

**ORDER GRANTING PETITIONER'S SECOND REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE**

Re: Dkt. No. 22

Good cause appearing, Petitioner's second request for an extension of time to file a traverse is hereby GRANTED. Petitioner shall file his traverse no later than **June 26, 2015**.

This order terminates Docket No. 22.

**IT IS SO ORDERED.**

Dated: 6/2/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge